IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERIBERTO CASTRO GUTIERREZ,

    Petitioner,        No. 2:12-cv-2421 GGH P

   vs.

RON BARNS, Warden,

    Respondent.       ORDER

                              /

        Petitioner has filed a motion for default judgment, asserting that respondent did not file a reply in accordance with the court's October 15, 2012 order. That order rendered a reply optional by directing respondent to file a reply, "if any," within fourteen days. Respondent is not required to file a reply. E. D. Local Rule 230(d) ("moving party *may* serve and file a reply") (emphasis added). Therefore, petitioner's motion will be denied as improper.

        Accordingly, IT IS HEREBY ORDERED that petitioner's January 28, 2013 motion for default judgment, (dkt. no. 16), is denied.

DATED: March 6, 2013

                                  /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:076/guti2421.def