IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERIBERTO CASTRO GUTIERREZ,

    Petitioner,        No. 2:12-cv-2421 GGH P

    vs.

RON BARNS, Warden,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has filed a request for a hearing on his habeas corpus petition. Petitioner is informed that live hearings are often not scheduled in habeas corpus proceedings, but are decided on the papers only. Petitioner is also advised that his petition is currently under submission and will be decided as soon as practicable. Therefore, petitioner's request will be denied.

    Accordingly, IT IS HEREBY ORDERED that petitioner's March 20, 2013 request for a hearing, (dkt. no. 18), is denied.

DATED: April 15, 2013

                    <u>/s/ Gregory G. Hollows</u>
                UNITED STATES MAGISTRATE JUDGE

GGH:076/guti2421.hrg