IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERIBERTO CASTRO GUTIERREZ,

    Petitioner,                No. 2:12-cv-2421 GGH P

    vs.

RON BARNS, Warden,

    Respondent.           ORDER

_____/

        Petitioner has filed a motion for default judgment, asserting that respondent failed to file transcripts in conjunction with its answer, referring to this court's April 18, 2013 minute order directing respondent to lodge documents in paper. Respondent timely filed the answer, and has complied with the court's order by lodging documents on April 24, 2013, in accordance with the court's order. Therefore, petitioner's motion will be denied as improper.

        Accordingly, IT IS HEREBY ORDERED that petitioner's May 2, 2013 motion for default judgment, (dkt. no. 22), is denied.

DATED: May 13, 2013

                       /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

GGH:076/guti2421.def2